UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DUTTON, | No. 2:13-cv-2616-EFB P |
| Petitioner, | |
| v. | ORDER |
| RON DAVIS, Warden, | |
| Respondent. | |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 2, 2014, petitioner requested an extension of time to file his traverse.

It is ORDERED that petitioner's request (ECF No. 12) is granted and petitioner has 30 days from the date this order is served to file his traverse.

Dated: May 7, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE